# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 571 MAL 2014
                   :
          Respondent       :
                   :   Petition for Allowance of Appeal from the
                   :   Order of the Superior Court
          v.                 :
                   :
                   :
ANGEL SANTOS IRIZARRY,       :
                   :
          Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.